IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ALAN GOODGAME,** *et al.*                                                                                **PLAINTIFFS**

**V.**                                            **5:10CV00164-WRW**

**BAYER CROPSCIENCE, LP,** *et al.*                                                                **DEFENDANTS**

REMAND ORDER

Pending is Plaintiffs' Motion to Remand (Doc. No. 13).  For the reasons set out in *Schwartz, et al. v. Bayer CropScience, LP, et al.*,[1] Plaintiffs' Motion to Remand is GRANTED.  The case is REMANDED to the Circuit Court of Desha County, Arkansas.

IT IS SO ORDERED this 18th day of June, 2010.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[1] No. 5:10CV00160-WRW, Doc. No. 29.

1